UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 13-24488-CIV-O'SULLIVAN
[CONSENT]

JOEL G. CORRALES,
    Plaintiff,

v.

DEAN DAIRY HOLDINGS, LLC.
d/b/a McArthur Dairy, LLC,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court pursuant to the parties' Stipulation for Dismissal with Prejudice (DE# 25, 2/25/14). The parties stipulate to the dismissal of all claims with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Eleventh Circuit has stated that "the plain language of Rule 41(a)(1)(A)(ii) requires that a stipulation filed pursuant to that subsection is self-executing and dismisses the case upon its becoming effective. The stipulation becomes effective upon filing unless it explicitly conditions its effectiveness on a subsequent occurrence. District courts need not and may not take action after the stipulation becomes effective because the stipulation dismisses the case and divests the district court of jurisdiction." Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272, 1278 (11th Cir. 2012). Because the parties' Stipulation for Dismissal with Prejudice (DE# 25, 2/25/14) did not "explicitly condition[ ] its effectiveness on a subsequent occurrence," id., this Court no longer has jurisdiction over this case. Accordingly, it is

ORDERED AND ADJUDGED that this case is CLOSED. The trial date and all other hearing dates and deadlines are CANCELLED.

DONE AND ORDERED in Chambers at Miami, Florida this **25th** day of February, 2014.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record